# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRINIDAD REYES-DELEON,<br><br>    Plaintiff,<br><br>vs.<br><br>COLLEEN COLVIN,<br><br>    Defendant. | Case No.: 2:13-cv-00026-JAD-PAL<br><br>**Order Approving Report of Findings and Recommendation (#23) and Dismissing Action** |

    On August 1, 2013, United States Magistrate Judge Peggy A. Leen entered a Report of Findings and Recommendation (Dkt. #13) recommending the dismissal of Plaintiff's Complaint for failure to comply with Magistrate Judge Leen's Scheduling Order (Dkt. #11) and Order to Show Cause (Dkt. #12) and failure to prosecute, unless Plaintiff filed a motion to reverse/remand before August 22, 2013.  The Report recites Plaintiff's willful refusal to comply with multiple court orders. (Dkt. #13 at 1.)  Plaintiff is proceeding in this case pro se and *in forma pauperis*.

    The time for filing Objections to Magistrate Judge's Findings and Recommendation passed without any such filing by the Plaintiff, and Plaintiff filed no motion to reverse/remand.

    This Court has reviewed the Report of Findings and Recommendation in accordance with 28 U.S.C. § 636 (b)(1) and Local Rule IB 3-2.  The Court has further reviewed and considered this case with leniency,[1] taking into account Plaintiff's pro se status, and determines that Magistrate Judge Leen's Report of Findings and Recommendation (Dkt. #13) should be AFFIRMED and adopted in

---

[1] *Eldridge v. Block*, 832 F.2d 1132, 1137 (9th Cir. 1987) (citations omitted).

its entirety for all the reasons stated therein.

**IT IS THEREFORE ORDERED** that this action is hereby DISMISSED. The Clerk of the Court shall enter judgment accordingly.

Dated August 23, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE